MARY E. ALLEN ET AL., APPELLANTS, v. COMMON COUNCIL OF INHABITANTS OF THE CITY OF PLAINFIELD ET AL., RESPONDENTS.

Submitted October 28, 1932—Decided January 5, 1933.

For the appellants, *Otto A. Stiefel.*

For the respondents, *William Newcorn.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 9 *N. J. Mis. R.* 246.

*For affirmance*—The Chief Justice, Trenchard, Lloyd, Case, Donges, Brogan, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ.   12.

*For reversal*—None.